THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES REED, Defendant-Appellant.

(No. 56210; 

First District—June 5, 1972.

Opinion by Mr. JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

J. STIRLING MORTIMER, as Trustee, Plaintiff-Appellee, *v.* EARL C. MORTIMER *et al.*, Defendants-Appellants—(CHARLES E. MORTIMER, a minor, by JOSEPH H. HORWICH, his Guardian *ad Litem*, Counter Plaintiff-Appellant, *v.* J. STIRLING MORTIMER, as Trustee, *et al.*, Counter Defendants-Appellees.)

(No. 54712; 

First District—June 6, 1972.

*Rehearing denied July 19, 1972.*

